## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL TROY PATTERSON,         ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| VS.         ) | CV NO. 04-4045-JPG |
| ) | |
| PROFESSIONAL TRANSPORTATION, INC.;   ) | |
| and ILLINOIS CENTRAL RAILROAD    ) | |
| COMPANY, d/b/a CN/IC;         ) | |
| ) | |
| Defendants.         ) | |
| _____) | |
| ILLINOIS CENTRAL RAILROAD      ) | |
| COMPANY, d/b/a CN/IC,         ) | |
| ) | |
| Cross-Claimant,         ) | |
| ) | |
| VS.         ) | |
| ) | |
| PROFESSIONAL TRANSPORTATION, INC.,   ) | |
| ) | |
| Cross-Defendant.         ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated:   May 9, 2005**

NORBERT JAWORSKI, CLERK

 by: s/Deborah Agans
**Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
**U. S. DISTRICT JUDGE**